UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES STEPHENS, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>MCKESSON CORPORATION; ELI LILLY AND COMPANY, et al.,<br><br>    Defendants. | Case No:  C 13-4406 SBA<br><br>**ORDER STAYING ACTION** |

The parties are presently before the Court on Defendant Eli Lilly and Company's Motion To Stay All Proceedings Pending Resolution Of Ninth Circuit Proceedings and/or Transfer By The Judicial Panel On Multidistrict Litigation.  Dkt. 25.  Plaintiffs filed a statement of non-opposition to the motion.  Dkt. 27.  Good cause appearing,

IT IS HEREBY ORDERED THAT Defendant's motion to stay is GRANTED.  The instant action is stayed and administratively closed pending the Ninth Circuit's decision on whether or not to grant en banc review in <u>Romo v. Teva Pharmaceuticals USA, Inc.</u>, 731 F.3d 918, 921 (9th Cir. 2013) and <u>Corber v. Xanodyne Pharmaceuticals</u>, No. 13-56306 (9th Cir. Sept. 24, 2013).  In the event en banc review is denied, any party may request to reopen the action within thirty (30) days of such decision.  If en banc review is granted, any party may move to reopen the action within thirty (30) days of the Ninth Circuit's en banc decision.  All pending matters shall be terminated.

IT IS SO ORDERED.

Dated:  12/10/13

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge