UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES STEPHENS, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>MCKESSON CORPORATION; et al.,<br><br>　　　　Defendants. | Case No:  C 13-4406 SBA<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

　　　PLEASE TAKE NOTICE THAT:

　　　1.　　The parties shall appear for telephonic Case Management Conference on **March 13, 2014, at 2:30 p.m.**

　　　2.　　At least seven (7) calendar days prior to the Case Management Conference, the parties shall meet and confer and file a Joint Case Management Conference Statement that complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  <u>See</u> http://www.cand.uscourts.gov/sbaorders.

　　　3.　　Plaintiffs' counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call.  At the date and time indicated above, Plaintiffs' counsel shall call (510) 637-3559 with all parties on the line.  The parties may use CourtCall or a similar service to set up the call.  NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

　　　IT IS SO ORDERED.

Dated:  2/19/14

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　United States District Judge