UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES STEPHENS, et al.,<br><br>        Plaintiffs,<br><br>  vs.<br><br>MCKESSON CORPORATION; et al.,<br><br>        Defendants. | Case No: C 13-4406 SBA<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Pursuant to the parties' joint request, Dkt. 35, the Case Management Conference scheduled for May 1, 2014, is VACATED. The instant action shall remain stayed and administratively closed pending the Ninth Circuit's en banc resolution of Corber and Romo. Upon resolution of those appeals, the parties may request the Court to reopen the action and to reschedule the Case Management Conference by jointly submitting a written request to the Court.

    IT IS SO ORDERED.

Dated: 4/24/14

                                            _____
                                            SAUNDRA BROWN ARMSTRONG
                                            United States District Judge